IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BERNARD MOSLEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-539-WKW |
| | ) [WO] |
| CHIEF YOUNGBLOOD, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On September 19, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice, with no costs taxed against Plaintiff.

Final judgment will be entered separately.

DONE this 17th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE